1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   REBECCA BENEDICT



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. 09-376 AWI |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE AND EXCLUDE TIME |
| v. | ) UNDER SPEEDY TRIAL ACT |
| | ) |
| REBECCA BENEDICT, | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Rebecca Benedict, by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant United States Attorney Philip Ferrari, that the status conference presently set for November 30, 2009 at 9:00 a.m., should be continued to January 11, 2010 at 9:00 a.m., and that time between November 30, 2009 and January 11, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) for defense preparation. The defense has recently received over 2,000 pages of discovery, which consists predominantly of tax records and calculations and the defense needs the time to review and analyze those records. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Mr. Ferrari has authorized Mr. Locke to sign this pleading for him.

1

DATED: November 12, 2009

/S/
BRUCE LOCKE
Attorney for Rebecca Benedict

DATED: November 12, 2009

/S/ Bruce Locke
For PHILIP FERRARI
Attorney for the United States

IT IS SO ORDERED.

DATED: 11-13-09

UNITED STATES DISTRICT JUDGE

2