L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
REBECCA BENEDICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. 09-376 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| REBECCA BENEDICT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Rebecca Benedict, by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant United States Attorney Philip Ferrari, that the status conference presently set for January 11, 2010 at 9:00 a.m., should be continued to March 8, 2010 at 9:00 a.m., and that time between January 11, 2010 and March 8, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) for defense preparation. The defense is still reviewing the 2,000 pages of discovery, which consists predominantly of tax records and calculations and the defense needs the additional time to review and analyze those records.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

   Mr. Ferrari has authorized Mr. Locke to sign this pleading for him.

1

DATED: January 4, 2010                    /S/
                                          BRUCE LOCKE
                                          Attorney for Rebecca Benedict


DATED: January 4, 2010                    /S/ Bruce Locke
                                          For PHILIP FERRARI
                                          Attorney for the United States


<u>ORDER</u>

IT IS SO ORDERED.

**Dated:   January 5, 2010**                    /s/ **Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE