L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
REBECCA BENEDICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. 09-376 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT; ORDER |
| | ) | |
| REBECCA BENEDICT, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Rebecca Benedict, by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant United States Attorney Philip Ferrari, that the status conference presently set for March 29, 2010 at 9:00 a.m., should be continued to April 26, 2010 at 9:00 a.m., and that time between March 29, 2010 and April 26, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) for defense preparation. The defense and the government are discussing a resolution of the case without the need for trial and additional time is needed for the defense to consider the government's proposal. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

///

///

///

///

1

Mr. Ferrari has authorized Mr. Locke to sign this pleading for him.

DATED: March 23, 2010
/S/
BRUCE LOCKE
Attorney for Rebecca Benedict

DATED: March 23, 2010
/S/ Bruce Locke
For PHILIP FERRARI
Attorney for the United States

**ORDER**

IT IS SO ORDERED.

**Dated:   March 23, 2010**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

2