L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
REBECCA BENEDICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. 09-376 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| REBECCA BENEDICT, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Rebecca Benedict, by and through her defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant United States Attorney Philip Ferrari, that the status conference presently set for April 26, 2010 at 9:00 a.m., should be continued to June 7, 2010 at 9:00 a.m., and that time between April 26, 2010 and June 7, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) for defense preparation. The defense and the government are discussing a resolution of the case without the need for trial and additional time is needed for the defense to consider the government's proposal. The defendant is also involved in a state court proceeding that may impact the resolution of this case and both parties desire to see the result of that proceeding before resolving this case. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

///

///

1

Mr. Ferrari has authorized Mr. Locke to sign this pleading for him.

DATED: April 21, 2010                              /S/
                                                          BRUCE LOCKE
                                                          Attorney for Rebecca Benedict


DATED: April 21, 2010                              /S/ Bruce Locke
                                                          For PHILIP FERRARI
                                                          Attorney for the United States

## **ORDER**

IT IS SO ORDERED.

**Dated:   April 22, 2010**                              **/s/ Anthony W. Ishii**
                                                          CHIEF UNITED STATES DISTRICT JUDGE

2